**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

| | |
|---|---|
| **United States of America,**<br>    Plaintiff,<br><br>v.<br><br>**Donald E. Watts,**<br>    Defendant. | Criminal No. 6:06-90-KKC-HAI-1<br><br>**ORDER** |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on a recommended disposition in which Magistrate Judge Hanly A. Ingram makes certain recommendations regarding Defendant Donald E. Watts's stipulated violations of the terms of his supervised release. [DE 107.] The time for filing objections has run, and Watts has also waived his right to appear before the Court, to make a statement, and to present mitigating information. [DE 108.] Therefore, the Court will **FIND** that Defendant Watts does not object to Magistrate Judge Ingram's recommendations regarding his supervised release violations.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Ingram's Report and Recommendation [DE 107] is **ADOPTED** as and for the Opinion of the Court. The United States Probation Office **SHALL** prepare a Revocation Judgment consistent with this Recommendation.

Dated March 28, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY